1  AMY E. DAVIS (*pro hac vice* pending)
   Email: adavis@cdbfirm.com
2  CHRISTIANSEN DAVIS, LLC
   4100 Spring Valley Road, Suite 450
3  Dallas, TX 75244
   Telephone: (214) 838-3501
4  Facsimile:  (972) 332-2306

5  DAVID E. ROSEN (SBN 155385)
   Email: drosen@murphyrosen.com
6  MURPHY ROSEN LLP
   100 Wilshire Boulevard, Suite 1300
7  Santa Monica, California 90401-1142
   Telephone: (310) 899-3300
8  Facsimile:  (310) 399-7201

9  Attorneys for the Plaintiffs

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYN COLLAZO, KYM HALL, KRIS THORSEN MICHELS, CINDY PETERSON, CAROL SAUER, and AMANDA TAPSCOTT <br><br><br><br> Plaintiffs, <br><br> v. <br><br> WEN BY CHAZ DEAN, INC., GUTHY-RENKER LTD. and GUTHY-RENKER PARTNERS, INC., <br><br> Defendants. | CASE NO. <br><br> **COMPLAINT FOR:** <br><br> 1. **BREACH OF WARRNATY** <br> 2. **VIOLATION OF CALIFORNIA UNFAIR COMPETITION STATUTE, BUS. &PROF. CODE § 17200 et seq.** <br> 3. **VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW, BUS. & PROF. CODE § 17500 et seq.** <br> 4. **NEGLIGENCE – FAILURE TO WARN** <br> 5. **NEGLIGENCE – FAILURE TO TEST** <br> 6. **STRICT PRODUCT LIABILITY** <br><br> **DEMAND FOR JURY TRIAL** |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

Plaintiffs Caryn Collazo, Kym Hall, Kris Thorsen Michels, Cindy Peterson, Carol Sauer and Amanda Tapscott (collectively, "Plaintiffs"), through counsel, files this Original Complaint against Defendant Wen by Chaz Dean, Inc. ("Wen"), Defendant Guthy-Renker Ltd. and Defendant Guthy Renker Partners, Inc. (Guthy-Renker Defendants, collectively, "Guthy-Renker") (Defendants collectively, "Defendants") and respectfully state as follows:

### NATURE OF THE ACTION

1.     Plaintiffs seek redress for misrepresentations and severe injuries to their hair and scalp in connection with their purchase and use of WEN® Cleansing Conditioner hair care products in various varieties (the "Products"), including, but not limited to, Coconut Mango, Cranberry, Fig, Lavender, Pomegranate, Sweet Mint Almond and Tea Tree, designed, manufactured, marketed, sold and distributed by Defendants.

2.     The Products remain available for sale to the general public despite Defendants' knowledge they cause serious injuries. Plaintiffs purchased the Products because of Defendants' false representations that they would clean and condition their hair, leaving their hair smoother, shinier, stronger, fuller, more manageable with no frizz and that the Products would limit or repair damage or potential damage to their as the result of other hair treatments, such as coloring or bleaching, or regular heat-based styling. Defendants failed to disclose to Plaintiffs and other consumers that the Products contain an ingredient or combination of ingredients that cause significant hair loss, damage and other injuries upon proper application.

3.     One or more of the Products' active ingredients act as a depilatory and caustic agent, either by causing a chemical reaction that damages the hair strand and/or follicle. The effect of this ingredient(s) render the Products dangerous and unsafe for sale as an over-the-counter hair product.

PRINTED ON RECYCLED PAPER

4.      Defendants failed to properly warn consumers, including Plaintiffs, of the risks and dangers attendant to the use of the Products on their hair and scalp even well after Defendants knew or should have known of their hazards. Defendant continued to conceal the dangers of the Products by failing to appropriately and fully discontinue and recall the Products, by continuing to claim the Products are safe when properly applied, by offering more of the Products to the market and by failing to warn consumers, including Plaintiffs, of the dangers attendant to their use.

5.      Defendants' acts and omissions in connection with the development, marketing, sales and delivery of the Products, and their failure to discontinue and recall and/or discontinue sale of the Products after learning of their hazards, violates the consumer protection and deceptive trade practices laws of California, breaches Defendants' express and implied warranties to Plaintiffs and other consumers, and constitutes negligence and strict liability by the Defendants.

6.      Defendants labeled, advertised, promoted and sold the Products, targeting women who wanted smoother, shinier, stronger, more manageable hair with no frizz or who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling. Through an extensive marketing campaign, including use of ubiquitous infomercials and television advertising with celebrity testimonials, the Internet and widely circulated popular style and fashion magazines, Defendants made a number of express warranties to the effect that the Products would clean and condition hair gently, without causing damage to hair and, in fact, would limit or repair damage or potential damage to hair caused by other hair treatments and regular heat-based styling and that the Products were superior to other products available on the market.  More particularly, Defendants represented that, "[The Products are] gentle enough to use every day

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER

and "[aren't] like an ordinary shampoo so you want to use more of it, not less. You can never use too much! The more you use, the better the results."

7.     Defendants failed to warn Plaintiffs, either in their extensive television, print and online marketing of the Products or on the package labeling, that they were at risk of significant hair loss, damage and/or other injuries upon proper application of the Products.

8.     Defendants failed to warn Plaintiffs of the risks, despite their knowledge shortly after introduction of the Products to the market that consumers were complaining that the Products caused significant hair loss, burning of the scalp and other adverse effects, such as dryness and breaking of the hair. Not only did Defendants fail to properly warn consumers, including Plaintiffs, before they purchased the Products but also failed to discontinue and recall the Products upon learning that they were unsafe for use by consumers, including Plaintiffs.

9.     As of the date of the filing of this Complaint, Defendants continue to sell the Products. Moreover, Defendants continue to falsely claim to consumers that the Products are safe, and continue to fail to warn consumers of the dangers of the Products even upon proper use.

10.     United States consumers, including Plaintiffs, reasonably expect that their hair care products will not cause significant hair loss, damage and other injuries because of defective design and manufacturing, inadequate research and/or due diligence. In addition, United States consumers expect that the Products will not cause their hair to fall out, break, become dry, change in texture or cause other injuries to their hair and scalp. Further, United States consumers, including Plaintiffs, reasonably expect that if Defendants, the companies primarily responsible for developing, manufacturing, marketing, distributing and selling the Products, knew that the Products would or could cause hair loss and other injuries (whether by proper application or by

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

- 3 -
*COMPLAINT*

*PRINTED ON RECYCLED PAPER*

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

misapplication), they would disclose those risks to consumers immediately, rather than continuing to market and sell the Products.

11.     Defendants failed in their duty to provide consumers, including Plaintiffs, with accurate, adequate information, and continued even after learning of the unreasonable risks and hazards of the Products to perpetuate and create a false public perception that there was little or no risk from the use of the Products.

## JURISDICTION AND VENUE

12.     The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1332(a) because this is a lawsuit in which over $75,000 is at issue and Plaintiffs are citizens of states other than Defendants' state of citizenship.  The Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

13.     Venue is proper pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events giving rise to the claims asserted occurred in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(c) because Defendant conducts substantial business in this District, has sufficient minimum contacts with this District, and otherwise purposely avail themselves of the markets in this District, through the promotion, sale, and marketing of the Products in this District.

## PARTIES

14.     Plaintiff Caryn Collazo is a citizen of Florida, residing in Orlando, Florida.

15.     Plaintiff Kym Hall is a citizen of New Jersey, residing in North Plainfield, New Jersey.

16.     Plaintiff Kris Thorsen Michels is a citizen of Hawaii, residing in Kailua-Kona, Hawaii.

17.     Plaintiff Cindy Peterson is a citizen of Minnesota, residing in

COMPLAINT

PRINTED ON RECYCLED PAPER

Grand Meadow, Minnesota.

18.     Plaintiff Carol Sauer is citizen of North Carolina, residing in Knightdale, North Carolina.

19.     Plaintiff Amanda Tapscott is a resident of Indiana, residing in Indianapolis, Indiana.

20.     Defendant Wen by Chaz Dean, Inc. is a California corporation with its principal place of business in Los Angeles, California. Defendant may be served through its registered agent, Jeffrey Alan Deane, 6444 Fountain Ave., Los Angeles, CA 90028.

21.     Defendant Guthy-Renker Ltd. is a Delaware corporation with its principal place of business in Santa Monica, California. Defendant may be served through its registered agent, Corporation Service Company d/b/a CSC—Lawyers Incorporating Service, 2210 Gateway Oaks Dr., Ste. 150N, Santa Monica, CA 95833.

22.     Defendant Guthy-Renker Partners, Inc. is a Delaware corporation with its principal place of business in Santa Monica, California. Defendant may be served through its registered agent, Corporation Service Company d/b/a CSC—Lawyers Incorporating Service, 2210 Gateway Oaks Dr., Ste. 150N, Santa Monica, CA 95833.

## FACTUAL BACKGROUND

23.     Defendants designed, manufactured, marketed, sold and distributed the Products throughout the United States at all times relevant to this Complaint.

24.     According to his website, Chaz Dean, the founder of Wen, is a Los Angeles-based hair care stylist who "has a celebrity clientele list that reads like a who's who in Hollywood"  and "believes in a natural, healthy lifestyle," "dedicate[ed] to harmony and holistic methods."[1]   Dean creates hair care products, such as and including the Products.  His website touts Dean's products

---

[1] *See* http://chazdean.com/aboutChaz/.

*COMPLAINT*

*PRINTED ON RECYCLED PAPER*

*MURPHY KOSEN LLP*
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

as "groundbreaking" and "a spectacular shift in the way we protect and style our hair."[2]  On the website, Dean describes his development of the concept of which the Products are a part:

> I was becoming known for healthy hair.  I developed the cleansing conditioner concept, and it worked.  My very first celebrity client was Nicollette Sheridan, and I worked with several actors from the Aaron Spelling shows of the time—Beverly Hills 90210 and Melrose Place.  I was able to dramatically improve the condition of their hair, to restore the body, shine and bounce.  Everybody took notice [and] wanted that.

*See* http://chazdean.com/aboutChaz/about/ (internal references and quotations omitted).

25.     Dean's website further explains that, "[w]ith the success of WEN, [he] became a fixture on television shows . . . speaking about healthy hair and hair transformations.  Viewers may also know him from his award winning WEN Hair Care infomercial."[3]

26.     Dean, through Wen, at all times relevant to this Complaint designed, manufactured, marketed, sold and distributed the Products jointly with Guthy-Renker.  According to its website, Guthy-Renker is "one of the largest and most respected direct marketing companies in the world" and "since 1988 [] has discovered and developed dozens of well-loved, high quality consumer products in the beauty, skincare, entertainment and wellness categories."[4] Guthy-Renker credits itself for "moving, award-winning production and marketing campaigns featuring some of today's leading celebrities."[5]

27.     Defendants use these types of direct marketing techniques, among others, to market the Products as natural, safe, strengthening and repairing hair

---

[2] *See* http://chazdean.com/aboutChaz/about/.
[3] *See id.*
[4] *See* http://www.guthy-renker.com/about/.
[5] *See id.*

PRINTED ON RECYCLED PAPER

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

care products.  By way of the Wen website, magazine advertising, infomercials, television ads, QVC and other direct marketing channels, Defendants' promotion of the Products includes multiple false and/or misleading representations, including, but not limited to:

It seems like I'm using a lot of product. Can I use too much?

WEN® isn't like an ordinary shampoo so you want to use more of it, not less. You can never use too much! The more you use, the better the results.

Should I use the Cleansing Conditioner every day?

That's up to you. Some people like to wash their hair daily. Others will go a day or two between washings. Although WEN® is gentle enough to use every day, if you don't, you can combine 4-6 pumps of Cleansing Conditioner with a quarter-size amount of Styling Creme in a spray bottle with water. Shake vigorously to mix completely. Spritz it on 12-18 inches above hair to provide a light mist. Shake out and restyle or fluff up your hair!

Rinse hair thoroughly. Apply WEN® into your palms and rub together. Use 10-16 pumps for short hair, 16-24 for medium length hair and 24-32 pumps for long hair. If your hair is longer/thicker you may need to increase the amount of pumps.

Apply to scalp and hair, adding a splash of water to evenly distribute. WEN® has no harsh detergents or sodium lauryl sulfate, so it won't lather. Massage thoroughly into hair and leave on for the remainder of your shower.

"WEN® Cleansing Conditioner is a revolutionary new concept in hair care. A 5-in-1 formula, this one product takes the place of your shampoo, conditioner, deep conditioner, detangler and leave-in conditioner. It cleanses hair thoroughly without lathering or harsh ingredients. It's designed not to strip your hair and scalp of natural oils, leaving your hair with more strength, moisture, manageability and better color retention."

*See* www.wen.com.

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

28.     The Products vary only in scent.  Each variety lists the same "Key Ingredients."

KEY INGREDIENTS

Glycerin: A humectant that provides moisturizing benefits to the hair.

Chamomile Extract: Used for its soothing and calming properties.

Wild Cherry Bark: Formulated to help condition the hair.

Rosemary Extract: Designed to soothe hair.

Panthenol: Designed to help strengthen hair and restore resilience.

29.     Defendants offer the same instructions for use the Products no matter the variety/scent:

CLEANSING YOUR HAIR IN 3 EASY STEPS:

Step 1:

Rinse hair thoroughly. Apply WEN® into your palms and rub together. Use 10-16 pumps for short hair, 16-24 for medium length hair and 24-32 pumps for long hair.  If your hair is longer/thicker you may need to increase the amount of pumps.

Step 2:

Apply to scalp and hair, adding a splash of water to evenly distribute. WEN® has no harsh detergents or sodium lauryl sulfate, so it won't lather. Massage thoroughly into hair and leave on for the remainder of your shower.

Step 3:

Rinse thoroughly and completely, massaging scalp and running fingers through to the ends.

ADDITIONAL USAGE TIPS:

Apply 1/2 to 1 pump depending on hair length and texture as a leave-in conditioner to soaking wet hair. For best results, we highly suggest you

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER

cleanse, rinse and repeat, using half the recommended pumps for the first cleanse, and the remaining half for the second cleanse. Unlike many ordinary shampoos, you may find you don't need to cleanse as often.

30. Defendants further promote the Products with the summary of a so-called "3-week study" in which 100% of the participants purportedly found their "hair was more moisturized!," "97% noticed that WEN® added more shine!" and "95% reported that hair became more manageable." Defendants admit— in much smaller print— that the results are "not typical." See www.wen.com ("Features").

31. By these representations and instructions, Defendants represent and warrant that the Products will produce smoother, shinier, stronger, more manageable hair with no frizz and are particularly helpful to consumers who seek to limit or repair damage or potential damage to hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.

32. Contrary to these express and implied representations, the Products contain one or more active ingredients that act as a depilatory or caustic agent, causing a chemical reaction that damages the hair strand and/or follicle.

33. An average consumer, Plaintiffs included, understand these representations to mean the Products are gentle, natural, free from harsh or damaging chemicals, conditioning and safe, and will not cause hair loss and other injury upon proper (or improper) application.

34. Instead, Plaintiffs and other consumers reasonably expect a warning regarding any potential hazard to consumers, especially because the Food, Drug and Cosmetic Act regulations provide that cosmetics that may be hazardous to consumers must bear appropriate warnings. See http://www.fda.gov/Cosmetics/CosmeticLabelingLabelClaims/default.htm.

35. Contrary to the Food, Drug and Cosmetic Act regulations, the Products failed to provide adequate directions for safe use, although Defendants

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER

knew or should have known the Products were unsafe even if used correctly.

36.    In fact, many consumers who suffered hair loss and other serious injuries as a result of the Products complained to Defendants directly and online about their experience. Many more did not initially associate their injuries with use of the Products, it being so unexpected that a product sold over-the-counter by Wen, a company that claims to have a "holistic" and "healthy" focus, could be dangerous. Many of these victims assumed their hair loss was the result of a serious illness and sought medical treatment. The situation caused them and their loved ones terrible concern and expense.

37.    Online reviews for the Products—known and/or available to Defendants as early as 2012, included but were certainly not limited to the following:

- **http://community.qvc.com/forums/wen/topic/305237/hair-loss-after-using-wen-products.aspx**

  **Hair Loss After Using Wen Products**

  Started 07/08/2012 at 10:26 AM in WEN | Last reply 11/15/2013 at 4:03 AM by racerrn

I'm posting this note after losing massive amounts of hair in patches mostly at the crown of my head, with smaller bald patches all over my scalp. Early this year (2012) I purchased the Wen introductory package (cleanser, deep conditioner, styling creme, styling balm [stick] and a comb) with the auto 30-day refill. Almost immediately after using the product I noticed huge amounts of hair caught in the drain (the water in my shower built up to my ankles so I checked the drain and found a handful of hair -- much more than I've EVER lost at one time). I didn't make the connection between the natural Wen product and my hair loss and honestly didn't think anything of it until I went to get my long, curly hair cut/shaped and was told by the stylist that I had 'alopecia.' I've never had any problem with hair loss and only the regular 'shedding.' This loss of hair

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

was way behind the regular shedding. The stylist showed me a 2" patch at the crown of my head with smaller patches in the area. I located an additional 5 patches around my scalp. After a tugging feeling that the Wen could be the root of my problem, I checked the internet for 'hair loss after using wen' and found many reports of hair loss similar to mine. And the majority of them sound like my experience. For the record, I haven't had any medical issues, dietary changes, lifestyle changes since the onset of hair loss and the only behavioral change I've made is adding Wen to my hair care routine.

A word of warning to those of you about to purchase WEN Cleansing Conditioner: Wen is a dangerous product.

- **http://womenshair.about.com/u/reviews/products/Wen-Haircare-Products/DO-NOT-BUY-WEN-Made-My-Hair-Fall-Out-With-One-Use.htm**

**My Review**

My husband bought this as a birthday gift for me after he overheard me talking to about a friend about it. I only used it once, but that was enough for me. In my first use I lost 100x's the amount of hair than I do in an average shower. I was literally pulling clumps of hair out of my head and I had hair balls running down my legs into the shower drain.

I look online and found horror stories about people losing so much hair that they were balding and lawsuits of people trying to recup costs from dermatology appointments to try and get there hair back. I called the mall kiosk where I bought it and the cashier said, "I've got to tell you, this isn't the first time someone's returned the product and complained that their hair was falling out. I would NEVER recommend this product and I wonder how these people can sleep at night with so many people complaining about this problem.

- **http://womenshair.about.com/u/reviews/products/Wen-Haircare-Products/Very-Angry-About-Hairloss-from-WEN.htm**

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

**My Review**

I used Wen hair care for the first time and it was good till the next week. I washed my hair and it was coming out. Wen hair thinned my hair and made it frizzy. I noticed it right away. I'm so upset! I am African American with long hair, until I used this mess and thinned my hair!

- http://womenshair.about.com/u/reviews/products/Wen-Haircare-Products/My-Hair-is-Lifeless-and-Thinning-After-Using-WEN.htm

**My Review**

At first I really liked this product. Then I noticed my hair was feeling greasy and heavy. Now my hair is falling out in gobs daily. I would not recommend this product. My hair is now thinning so bad you can see my scalp. It is lifeless and lusterless.

- http://womenshair.about.com/u/reviews/products/Wen-Haircare-Products/WEN-Caused-Immeidate-Hair-Loss-for-Me.htm

**My Review**

Note: I have very delicate hair!

The first wash was amazing! Then the next 3 times (without using any other products) there was massive hair loss. I would put in the conditioner and when I ran my fingers through it to distribute it took me a full minute to get all the hair that had fallen out off my fingers. Then I would see random FULL LENGTH hair floating around my car, my desk, and in my eyes. I stopped using it after the 4th day. Today I received an email asking how I like the product.

After reading other reviews I will be on the phone with them first thing in the morning for a FULL refund. And if they dare try to charge me for the membership....don't get me started.

**mish 1 year ago**

Craig,

YOU can contact me about my hair loss after using WEN! I have suffered hair

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER
COMPLAINT

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1  loss and breakage! I have been using WEN for about 8 months.

2  Thought I was using a safe & healthy product! Saw my Drs. and all tests are

3  normal, nothing in my recent blood work or physical that would point to hair

4  loss!

5  Never made the connection to WEN until I MADE my POOR husband use it,

6  thinking I was doing a good thing! THEN, he suffered hair loss!!!!!!!

7  So TODAY, I googled WEN & Hair loss! I was floored when I saw the MANY

8  complaints of Hair Loss and WEN! Many were told by dermatologists that

9  WEN causes blocked hair follicles. What is most alarming is that people have

10  reported that their hair still has not returned to normal even after stopping the

11  use of WEN! I find that disturbing! They also said that reported that to the FDA

12  snucif@aol.com 1 year ago

13  Started using Wen cleansing Conditioner about 6 or 7 months ago, I bought a

14  package deal on QVC now my thin hair is even thinner and my son says you can

15  see a bald spot in the back! I am going to stop using it

16  • **http://wen-haircare.pissedconsumer.com/beware-using-wen-**

17  **shampoo- hair-loss-20120818340078.html**

18  sunshine2da I've seen the commercials and thought why not try it try it because

19  it seems to have a nice effect on hair and felt that my hair could even look

20  better. I was shocked to see after the first wash SO MUCH HAIR IN THE

21  SHOWER.

22  I have never experienced that in my life. I immediately called company and gal I

23  spoke with advised to keep using with the conditioner as she had lost hair too

24  the first time as it was just kicking out old stuff. I wanted to believe and used

25  again with the conditioner and gobs of hair falling out. I stopped and it has been

26  a month and shedding, shedding, shedding.

27  I hate to wash my hair as there is so much fall out and now I'm stressed which

28  doesn't help. I only wish I would have read all the other people that are losing

COMPLAINT

PRINTED ON RECYCLED PAPER

their hair with this horrible product.

**HumbleOpinion Jun 02**

I have very thick, healthy, never-colored hair. My overall health is excellent and I am not on any medications. I can confirm that Wen causes hair loss! Just Friday, after a limited trial of Wen, I had hair falling out in the shower. I have never experienced anything like this in my life. I have not washed my hair since Friday and am frankly fearful of showering! Wen is an awful product - do not tell someone with handfuls of lost hair how much you love Wen!!!

**Thinning Jan 09**

Loved the product at first, but after 8 months, I have lost hair in two spots as well as at the front hairline. I am sad, my hair has always been thick and pretty. I can only pray that after discontinuing usage, maybe it will grow back. Be aware, not a good thing to use.

**hate deception Oct 20, 2013Winston Salem, North Carolina**

I used Wen on the advice of a family member. I started getting sores on my scalp and my hair came out. There is something in it that causes an infection of the hair follicles, thus the hair falls out. stop using and see a dermatologist.

- **http://www.consumeraffairs.com/cosmetics/wen.html**

**Sherry of Sumter, SC on July 5, 2014**

I have tried two different types (mint, fig) and the first couple of days my hair was soft, and after a week, my hair was falling out in clumps. My husband always would ask me "are you okay, I keep finding your hair in the bathroom".. I promise you as I was washing my hair, clumps would come out in my hands. I called and cancelled and even told them I didn't want a refund (didn't want to go through the hassle of refunds with them after reading reviews). I still had to pay for the next shipment and called American express and they had any new payments after my initial shipment stopped. I am the type of person that I don't believe everything I read without proof and I am telling you the reader this is the

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

1   honest truth.

2   This was my experience with Wen and the last. I hope this will help somebody

3   even if it's just one. Thank You for your attention...

4   • **http://www.consumeraffairs.com/cosmetics/wen.html**

5   **Nancy of Dunsford, ON**

6   I started using the WEN Sweet Almond Cleansing Conditioner about 6 weeks

7   ago. I have naturally curly hair that is very fine, just past my shoulders. I used

8   the conditioner as directed 3-4 times a week. Soon after I noticed considerable

9   hair loss. I comb my hair when wet in shower which was filled with hair. My

10  drain full. I thought maybe it was a nutritional imbalance. However, I

11  supplement with Biotin for hair growth and never had a problem with hair loss

12  in past. I spoke to a friend who mentioned she heard that Wen users were

13  complaining of the same. Coincidence? I think not.

14  • **http://www.consumeraffairs.com/cosmetics/wen.html**

15  **cheryl of Youngstown, OH**

16  I order 5 bottles of wen cleansing conditioners because my aunt got me one for

17  Christmas and at first it worked great so I got more. Then my hair started just

18  falling out. I mean bad. I'm bald in spots. I stopped using it and hair still not

19  quite right. There's got to be something done. My hair was so nice and long now

20  it looks like **. I'm going to talk to a lawyer because I don't even want to leave

21  the house anymore. Thanks to wen by Chaz Dean.

22  • **http://www.complaintsboard.com/complaints/wen-hair-care-**

23     **c523263.html**

24  I purchased this product and after 2 weeks my hair started falling out, let me

25  first say I have no medical issues and this is not normal hair shedding, I didn't

26  connect the hair loss to the wen at first, until a friend said do you think it's the

27  wen, so I googled wen hair loss and there are many women that have had the

28  same reaction, and before some of you wen lovers comment, some women after

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*COMPLAINT*

*PRINTED ON RECYCLED PAPER*

several months are now having the same results (hair loss), I have contacted the fda and you need to call this number to report it 1-800- 332-1088, I went to the wen facebook page and women posting they have hair loss was removed and blocked from commenting, if I would of seen some of these comments my hair would be on my head and not in the trash, it was healthy now it's like straw and brittle, I have stopped using wen over a week now, the hair loss is not as bad, but the damage is done and over half my hair is gone ...please report to the fda and the BBB, don't let them keep selling this to others, save someone from this, wish I had found web sites before I started using it!!!

- **http://katieelizabethchicago.blogspot.com/2013/12/back-wen.html**

Until... my hair started falling out.  At first, I had no idea what it was from. It wasn't alarmingly falling out so I just figured I was just "shedding" more than normal.  When it continued for quite a while, I decided it had to be something I was using.  I'm always trying new products so I cut out every single styling product that I was using to see if that made a difference. When it didn't and all I was using was the Wen, I decided to do some research.  All you have to do is Google Wen and you'll find tons of articles on Wen + hair loss.  And sadly, it's true for me.  As soon as I stopped using my beloved Wen, the hair stopped coming out in handfuls.

So this is my warning to women - it's NOT worth it!!  I know not everyone has this problem when they use Wen, but why risk it?  There are so many other great options out there that WON'T possibly make your hair fall out!! Check out these articles on Wen hair loss if you're considering trying it:

Wen Shampoo Causes Hair Loss. Do Not Use!

 QVC Community on Wen Hair Loss

Wen Products Caused Hair Loss and Damage

///

///

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

///

- **http://forum.purseblog.com/the-beauty-bar/wen-hair-care- thoughts-466693.html**

I used it for a while, and it did make my hair feel soft. However, I SWEAR  it felt like I was loseing hair. I know we all lose a certain amount through out the day, but this felt like a lot. I was in the shower rinseing (keep in mind you have to do a TON of rinseing with this stuff) and I felt something hit my thigh. I looked down, and I kid you not, it was a HUGE wad of my hair!!! I FREAKED after that, and have not touched it since!

- **http://forum.purseblog.com/the-beauty-bar/wen-hair-care-thoughts-466693.html**

OK - SAME for me. I was using the fig. At first it was great. My hair was softer, color held longer (I have fairly thick red color-treated past shoulder length hair). Then I noticed tons of hair by the drain, clumps of it on my skin, just like the quote above. My hair was definitely thinner around my bangs - I freaked out. I wrote to WEN, they answered me with some bs quote - you lose up to 100 hairs a day, medication use (I don't), ageing (I'm not that old). I told them I wasn't looking for compensation, just giving them information and they should quite defending themselves. I was using the Fig because I really like that smell. I am back to my Pureology and am hoping my hair will be restored to its original awesomeness before the Wen.

- **http://forum.purseblog.com/the-beauty-bar/wen-hair-care- thoughts-466693-2.html**

I've been scouring my life and focusing on staying calm while I try to figure out why I, someone with thick hair who has to get it thinned (and my mother still does at the age of 67!), have lost 50% of my hair in the past two weeks! I'm a bit baffled as I am, in general, feeling pretty good.
Out of my research, it says to consider what medication and actions one has

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

done in the past four months. Well, one thing is I started using this all "Natural" WEN Cleansing Conditioner almost exactly four months ago! I come here and see that some others are also describing the same kinds of sudden, significant and scary amounts of hair falling out.

Two weeks ago, I was using the stuff, combing it through my hair in the shower and was shocked to see how much hair I saw in the drain and in the comb and for the past two weeks have been trying to figure out this miserable corundum. Unfortunately I had just ordered a new supply, but I will never use the stuff again! This has been an unnecessary and very stressful experience. And I'm going to submit this to the FDA as this is a very rough side effect for women.

- **http://forum.purseblog.com/the-beauty-bar/wen-hair-care-thoughts-466693-3.html**

I started using Wen a few months ago and started noticing my hair falling out out in handfuls. I also started noticing a significant amount of hair breakage. I have a lot of hair normally and the amount of hair loss is quite noticeable. I stopped using the product when I suspected that it was what might be causing the thinning hair and hair loss. As soon as I stopped the Wen the hair stopped falling. I am waiting to see when hair will start growing back.

It also happened to my daughter, and when she stopped using it it started growing back.

- **http://forum.purseblog.com/the-beauty-bar/wen-hair-care- thoughts-466693-3.html**

I tried it also and at first loved it, but then my hair started falling out as well. I didnt realize until the second time that, that was what was making my hair fall out. Stopped using it and my hair has stopped falling out. I am glad I googled my hunch and found this forum, because I thought something was wrong with me! I also had a painful to the touch lump on my head.

    38.    The injuries sustained by these victims are strikingly similar to

PRINTED ON RECYCLED PAPER

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

those suffered by Plaintiffs. Victims believed the Products would clean and/or condition their hair and would limit and/or repair damage caused by other hair treatments but found the Products to cause hair loss, dryness, breakage and other injuries and adverse effects.

39.     The following photographs depict the type of damage caused by the Products.



MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER







40.    One or more of the Products' active ingredients act as a depilatory or caustic agent, either by causing a chemical reaction that damages the hair

PRINTED ON RECYCLED PAPER

*COMPLAINT*

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

strand and/or follicle. The effect of this ingredient(s) render the Products dangerous and unsafe for sale as an over-the-counter hair product.

41. Designing, manufacturing and providing a direct-to-consumer hair conditioning/care products with these ingredient(s) is unreasonably dangerous and unsafe to consumers, especially when marketed as gentle and safe to use every day and given Defendants' instructions to consumers to use large amounts of the Products and to leave the Products in their hair for long, even indefinite, periods of time.

42. Prior to Plaintiffs' purchase of the Products, Defendants were aware or should have been aware that the Products contained an inherent defect(s) that caused significant hair loss and other injury upon proper application and that any instructions and warnings provided with the Products were wholly insufficient. Defendants were unaware of this because they failed to perform pre- and post-marketing safety testing as required by industry standards and best practices.

43. Defendants knew, or but for their reckless indifference would have known, prior to Plaintiffs' purchases of the Products that they would continue to receive complaints of hair loss and other injuries attributed to the Products. Based on their experience, Defendants knew or should have known that even if they diligently investigated the problem, it would be difficult if not impossible to remediate the problem.

44. Defendants knew, or but for their reckless indifference would have known, that: (a) the risk of hair loss and other injury was substantial, (b) users of the Products were unaware of that substantial risk, and (c) those users had a reasonable expectation that Defendants would disclose the risks and discontinue sell of the Products.

45. Despite such knowledge, Defendants did not disclose to prospective purchasers, before or after learning of the Products' hazards, that

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

there was a substantial risk of hair loss and other injury associated with use of the Products. Defendants instead continued to claim the Products were safe, while concealing or attempting to conceal or control all the adverse reports filed by consumers.

## FACTS RELATING TO PLAINTIFFS

46.     Plaintiff Caryn Collazo learned of the Products through Defendants' various advertisements.  She purchased the Products in the Tea Tree and Wen 613 varieties in mid- to late 2014 based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly helpful to consumers who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling. Ms. Collazo used the Products as instructed.  Nevertheless, she has suffered extreme hair loss and damage.

47.     Plaintiff Kym Hall learned of the Products through Defendants' various advertisements.  She purchased the Products in the Sweet Almond Mint variety online prior to January 2014 based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly helpful to consumers who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.  Ms. Hall used the Products as instructed.  Nevertheless, she has suffered burning of her scalp as well as extreme hair loss and damage.

48.     Plaintiff Kris Thorsen Michels learned of the Products through Defendants' infomercials.  She purchased the Products in the Sweet Almond Mint, Coconut Mango, Lavender and Pomegranate varieties by phone based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly

*PRINTED ON RECYCLED PAPER*

*MURPHY KOSEN LLP*
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

helpful to consumers who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.  Ms. Michels used the Products as instructed.  Nevertheless, she has suffered extreme hair loss and damage.

49.   Plaintiff Cindy Peterson learned of the Products through Defendants' various advertisements.  She purchased the Products in the Sweet Almond Mint varieties in 2014 based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly helpful to consumers who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.  Ms. Peterson used the Products as instructed.  Nevertheless, she has suffered extreme hair loss and damage.

50.   Plaintiff Sauer learned of the Products through Defendants' various advertisements.  She purchased the Products in the Sweet Almond Mint and Lavender varieties by phone in 2013-2014 based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly helpful to consumers who sought to limit or repair damage or potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.  Ms. Sauer used the Products as instructed.  Nevertheless, she has suffered extreme hair loss and damage.

51.   Plaintiff Amanda Tapscott learned of the Products through Defendants' infomercials.  She purchased the Products in the Sweet Almond Mint variety by phone between approximately January and November 2014 based on representations by the Defendants that the Products would produce smoother, shinier, stronger, more manageable hair with no frizz and were particularly helpful to consumers who sought to limit or repair damage or

- 23 -

PRINTED ON RECYCLED PAPER

potential damage to the hair caused by other hair treatments, such as coloring or bleaching, or regular heat-based styling.  Ms. Tapscott used the Products as instructed.  Nevertheless, she has suffered extreme hair loss and damage.

## FIRST CAUSE OF ACTION

### (Breach of Express Warranty)

### (By all Plaintiffs against all Defendants)

52.    Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

53.    Plaintiffs formed a contract with Defendants at the time they purchased the Products. The terms of that contract include the promises and affirmations of fact made by Defendants on the Products' packaging and through marketing and advertising. This marketing and advertising constitute express warranties and became part of the basis of the bargain, and are part of the standardized contract between Plaintiffs and Defendants.

54.    Defendants, through their advertising and packaging, create express warranties that the Products were safe, effective, more effective than other products on the market, sulfate-free hair cleansing and/or conditioning treatments that limit or repair damage caused by other hair treatments.

55.    All conditions precedent to Defendants' liability under this contract were performed by Plaintiffs when they purchased and used the Products.

56.    Defendants breached express warranties about the Products and their qualities because their statements about the Products were false and the Products do not conform to their affirmations and promises. Plaintiffs would not have purchased the Products had they known the true nature of the Products and the misstatements regarding what the Products are and what they contained.

57.    As a result of Defendants' breach of warranty, Plaintiffs have been damaged in the amount of the purchase price of the Products and any consequential damages resulting from the purchases, including the cost to repair

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

their hair loss and damage.

## SECOND CAUSE OF ACTION

### (Breach of Implied Warranty)

### (By all Plaintiffs against all Defendants)

58.    Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

59.    At all times relevant hereto, there was a duty imposed by law which requires that a manufacturer or seller's product be reasonably fit for the purposes for which such products are used, and that product be acceptable in trade for the product description.

60.    Notwithstanding the aforementioned duty, at the time of delivery, the Products sold to Plaintiffs were not merchantable because they contain defect(s) that cause hair loss and other injuries upon proper application and do not otherwise perform as represented.

61.    Defendants were notified that the Products were not merchantable within a reasonable time after the defect manifested to Plaintiffs and other consumers.

62.    As a result of the non-merchantability of the Products, Plaintiffs and other consumers sustained damages.

## THIRD CAUSE OF ACTION

### (Violation of California Unfair Competition Statute ("CUCS"))

### Cal. Bus. & Prof. Code § 17200 et seq.

### (By all Plaintiffs against all Defendants)

63.    Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

64.    Plaintiffs, as purchasers of the Products, are consumers within the meaning of the CUCS given that Defendants' business activities involve trade or commerce, are addressed to the market generally and otherwise implicate

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER

consumer protection concerns.

65.     As detailed above, Defendants, through its advertisements and packaging, used unconscionable commercial practices, deception, fraud, false promise and misrepresentation in connection with the marketing of the Products, as alleged.

66.     Defendants also knowingly concealed, suppressed, and consciously omitted material facts to Plaintiffs and other consumers knowing that consumers would rely on the advertisements and packaging and Defendants' uniform representations to purchase the Products.

67.     Once the defects in the Products and their tendency to cause hair loss and other injuries despite proper application (or based upon foreseeable misapplication) became apparent to Defendants, consumers (Plaintiffs) were entitled to disclosure of that fact because a significant risk of hair loss and damage would be a material fact in a consumer's decision-making process, and, without Defendants' disclosure consumers would not necessarily know that there is such a risk.

68.     Defendants intended that Plaintiffs and other consumers would rely on the continued deception by purchasing the Products, unaware of these material facts and omissions. They knew that customers would continue to rely on the representations and their silence as to any known risk of hair loss and other injuries as evidence that the Products were safe and would perform as represented. This conduct, and Defendants' breaches of express and implied warranties, constitutes consumer fraud within the meaning of the CUCS.

69.     Defendants' material non-disclosure constitutes an unconscionable commercial practice, deception, fraud, false promise, misrepresentation and/or omission of material facts as to the nature of the goods in violation of the CUCS.

70.     In addition, upon information and belief, Defendants removed from

PRINTED ON RECYCLED PAPER

COMPLAINT

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

the Internet and social media sites unfavorable reviews of the Products that would have warned consumers that the Products are dangerous. Similarly, also upon information and belief, Defendants paid for false and misleading blogging about the Products on the Internet and social media sites but failed to attribute the false and misleading statements to Defendants or as advertising. These acts also constitute a violation of the CUCS.

71. Defendants are the producing and proximate cause of Plaintiffs' injuries.

## FOURTH CAUSE OF ACTION

**(Violation of California False Advertising Law ("CFAL")**

**Bus. & Prof. Code § 17500 et seq.)**

**(By all Plaintiffs against all Defendants)**

72. Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

73. Plaintiffs, as purchasers of the Products, are consumers within the meaning of the CFAL given that Defendants' business activities involve trade or commerce, are addressed to the market generally and otherwise implicate consumer protection concerns.

74. As detailed above, Defendants, through its advertisements and packaging, used deception, fraud, false promise and misrepresentation in connection with the marketing of the Products, as alleged.

75. Defendants also knowingly concealed, suppressed, and consciously omitted material facts to Plaintiffs and other consumers knowing that consumers would rely on the advertisements and packaging and Defendants' uniform representations to purchase the Products.

76. Once the defects in the Products and their tendency to cause hair loss and other injuries despite proper application (or based upon foreseeable misapplication) became apparent to Defendants, consumers (Plaintiffs) were

*PRINTED ON RECYCLED PAPER*

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

entitled to disclosure of that fact because a significant risk of hair loss and damage would be a material fact in a consumer's decision-making process, and, without Defendants' disclosure consumers would not necessarily know that there is such a risk.

77.     Defendants intended that Plaintiffs and other consumers would rely on the continued deception by purchasing the Products, unaware of these material facts and omissions. They knew that customers would continue to rely on the representations and their silence as to any known risk of hair loss and other injuries as evidence that the Products were safe and would perform as represented. This conduct constitutes false advertising within the meaning of the CFAL.

78.     Defendants' material non-disclosure constitutes deception, fraud, false promise, misrepresentation and/or omission of material facts as to the nature of the goods in violation of the CFAL.

79.     In addition, upon information and belief, Defendants removed from the Internet and social media sites unfavorable reviews of the Products that would have warned consumers that the Products are dangerous.  Similarly, also upon information and belief, Defendants paid for false and misleading blogging about the Products on the Internet and social media sites but failed to attribute the false and misleading statements to Defendants or as advertising.  These acts also constitute a violation of the CFAL.

80.     Defendants are the producing and proximate cause of Plaintiffs' injuries.

## FIFTH CAUSE OF ACTION

### (Negligence and/or Gross Negligence)

### (By all Plaintiffs against all Defendants)

81.     Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

PRINTED ON RECYCLED PAPER

82.     Defendants owed Plaintiffs a duty to use due care in their development, testing, planning, design, marketing and sale of the Products offered for use by consumers.

83.     Through their failure to exercise due care, Defendants breached this duty by producing, processing, manufacturing, distributing and/or offering for sale the Products in a defective condition that was unsafe for unsupervised use at home by consumers.

84.     Defendants breached their duty of care to Plaintiffs by failing to use sufficient quality control, perform adequate research or testing, proper manufacturing, production or processing, and failing to take sufficient measures to prevent the Products from being offered for sale in an unsafe and hazardous form.

85.     Defendants further breached their duty of due care by failing to properly and adequately inform consumers once safety concerns, including hair loss and other injuries, were brought to the Defendants' attention, and further breached their duty of care by failing to fully and appropriately discontinue the sale of and recall the Products.

86.     Defendants knew, or in the exercise of reasonable care should have known, that the Products present an unacceptable risk to consumers, and would result in damages that were foreseeable and reasonably avoidable.

87.     As a direct and proximate result of Defendants' above-referenced negligence and/or gross negligence, Plaintiffs have suffered and are entitled to recover damages, both compensatory and punitive.

## SIXTH CAUSE OF ACTION

### (Strict Liability)

### (By all Plaintiffs against all Defendants)

88.     Plaintiffs hereby incorporate the above allegations by reference as though fully set forth herein.

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PRINTED ON RECYCLED PAPER

89.   Defendants are producers, manufacturers, marketers, distributors and/or sellers of the Products.

90.   Defendants produced, manufactured, designed, marketed, distributed and/or sold the Products that were defective in design or formulation in that the Products are unreasonably dangerous and the foreseeable risks of harm exceed the benefits associated with the design or formulation.

91.   Defendants researched, produced, manufactured, designed, marketed, distributed and/or sold the Products that were defective due to inadequate warning, testing, study and/or reporting regarding the results of such efforts.

92.   Defendants produced, manufactured, designed, marketed, distributed and/or sold the Products that are defective due to inadequate post-market warning or instruction because, after Defendants knew or should have known of the risk of injury from the Products, Defendants failed to immediately provide adequate warnings to Plaintiffs and the public.

93.   As the direct and legal result of the defective condition of the Products as produced, manufactured, designed, marketed, distributed and/or sold by Defendants, and of the negligence, carelessness, other wrongdoing and actions of Defendants described herein, Plaintiffs suffered damages.

## ATTORNEYS' FEES, EXPENSES AND COSTS

94.   The foregoing paragraphs are incorporated by reference.

95.   Plaintiffs have been forced to secure the assistance of counsel to protect their legal rights and mitigate their damages as a result of the Defendants' wrongful conduct.

96.   Having made proper presentment and provided actual and sufficient notice of their claims to Defendants, Plaintiffs seek recovery of their reasonable attorneys' fees, expenses and costs pursuant to all applicable statutes, regulations and agreements.

*COMPLAINT*

PRINTED ON RECYCLED PAPER

MURPHY KOSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

## PRAYER

WHEREFORE Plaintiffs pray for Judgment against Defendants as follows:

1. For an award of actual and consequential damages according to proof;

2. For an award of punitive damages according to proof;

3. For an award of reasonable attorneys' fees and costs incurred herein; and;

4. For all other relief to which they may be justly entitled.

Respectfully submitted,

CHRISTIANSEN DAVIS, LLC
MURPHY ROSEN LLP

By:   /s/ David E. Rosen
        Amy E. Davis
        David E. Rosen
        Attorneys for Plaintiffs
        CARON COLLAZO, KYM HALL,
        CINDY PETERSON and CROL
        SUAER

*PRINTED ON RECYCLED PAPER*

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by jury.

Respectfully submitted,

CHRISTIANSEN DAVIS, LLC
MURPHY ROSEN LLP

By:   /s/ David E. Rosen
        Amy E. Davis
        David E. Rosen
        Attorneys for Plaintiffs
        CARON COLLAZO, KYM HALL,
        CINDY PETERSON and CROL
        SUAER

*COMPLAINT*

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201